UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAGGIE STATON,

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

N.Y.P.D. 113th Precint, P.O.MARTINY,
P.O.CARSON, P.O.RUTHERFORD, In their
Individual & Official Compabitys.

FILED
IN CLERK'S
US DISTRICT COURT
★ SEP 04 2013
BROOKLYN
COMPLAINT

CV 13 - 4994

Jury Trial: ☒ Yes  ☐ No
(check one)

MATSUMOTO, J.

BLOOM, M.J.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Ms. MAGGIE STATON
             Street Address  140-45, /160th Street
             County, City  Jamaica,
             State & Zip Code  New York, 11434.
             Telephone Number  #718-723-1443.

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  Mr. MARTINY (detettive)
                   Street Address  167-02 BAISLEY BLVD

*Rev. 05/2010*

|  |  |  |
|---|---|---|
|  | County, City | QUEENS |
|  | State & Zip Code | NEW YORK   11434 |
|  | Telephone Number | 718-712-8228 |

Defendant No. 2   Name  (detective)Mr.CARSON
Street Address  167-02 BAISLEY BLVD
County, City  Jamaica, NEW YORK   11434
State & Zip Code  718-712-8228
Telephone Number

Defendant No. 3   Name  Detective RUTHERFORD,
Street Address  167-02 BAISLEY BLVD
County, City  Jamaica, New York, 11434
State & Zip Code  718-712-8228.
Telephone Number

Defendant No. 4   Name
Street Address
County, City
State & Zip Code
Telephone Number

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  __4th,8th & 14th United States Constitution Admendments__
__As well as the 1st,6th, & 11th  New York State Constitution__
__Provisions.__

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship
Defendant(s) state(s) of citizenship

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

## "STATEMENT OF CLAIM"

#1.) ON JANUARY,4th,2011 AT APPROXIAMETLY 5:30 am,(3)Police officer's

From the 113th Precint came to my home with two arrest warrants,1

For"DARNELL KINGSBERRY" & 1 for"JOHN JOHNSON",Detective Rutherford

Was the first officer to enter my home without my consent & knowledge


#2.) Then Detective Carson,entered my home without my consent & knowledge

Next following Detective Carson,was Police officer/Detective Martiny,

Who proceeded upstairs to the second floor dwellings and began to

Conduct an unconsented search of the entire upper(3) bedrooms areas,

While detective Rutherford & detective Carson was downstairs searching

Shortly thereafter detective Martiny came down stairs with a brown

Leather jacket in his hands. and grabbed my son,and took him to the

113th precint without an arrest or search warrant.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? 140-45/160th Street, Jamaica, New york, 11434

B.  What date and approximate time did the events giving rise to your claim(s) occur? January 4th, 2011 approxiamelty 5;30 a.m.

C.  Facts:

[What happened to you?]

At (Approx) 5;30 a.m. on January, 4th, 2011 while plaintiff MAGGIE STATON, was a sleep in her home at 140-45/160th Street, Jamaica, New York, 11434. When (3) Police officers from the 113th Precint came to my home with arrest warrants for Darnell Kingsberry & John Johnson, They where told by my daughter, Ms. Maddie May,

[Who did what?]

To wait one minute while she went to get her mother to speak With the officers when I arrived to talk to the (3) officers They had already entered my home without my consent & Had arrested My son, DARREN STATON, who they never had a arrest warrant for

[Was anyone else involved?]

They took him to the 113th precint. It was done in a sadistic And malicious manner with the sole purpose of cause and harm.

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mental anguish, extreme stress, embarrasinent, humiliation, pschychological adducement of fear. Emotional distress pain & sufferrings, disparity. aggravated to a bout of high blood pressure triggerment.

*Rev. 05/2010*

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. <u>To recover monetary compensation -Damages.for the illegal forcible entry & deliberate indifference of subjecting plaintiff to cruel & unusual punishment, in violation of Due process of law & equal protection of the law.under the 4th,8th,& 14th U.S.C.A.</u>

<u>                                     PLAINTIFF SEEKS DAMAGES IN THE REASONABLE SUM OF $,20,000,000,00 U.S.Dollars.</u>

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **3** day of **SEP**, 20**13**

Signature of Plaintiff: *Maggie Staton*

Mailing Address: 140-45 160 St, Jamaica N.Y. 11434

Telephone Number: 718 723-1443

Fax Number *(if you have one)* _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*